UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TORRICK JOHNTRELLE RODGERS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CARL MASSEY, ) | No. 4:13-CV-100-FL |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 23, 2014, and for the reasons set forth more specifically within the Memorandum and Recommendation, that plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 23, 2014, and Copies To:**

Torrick Johntrelle Rodgers (via U.S. Mail)
      Butner Medium II - F.C.I., PO Box 1500, Butner, NC 27509

| | |
|---|---|
| January 23, 2014 | JULIE A. RICHARDS, CLERK |
| |  /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |